**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

| | |
|---|---|
| DOLE FRESH VEGETABLES, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | Case No. 4:09-CV-00224-BSM |
| ) | |
| AFFILIATED FOODS SOUTHWEST, INC. ) | **ORDER** |
| and GERALD W. DAVIS, LEX E. ) | |
| MARTINEZ, ALTON W. MILLER, JOHN A. ) | |
| MILLS, III, RONALD O. REHKOPH, ) | |
| CHARLES W. MOORE, JR., and JOHN ) | |
| DOES 1-18, each individually, ) | |
| ) | |
| Defendants. ) | |

**CONSENT ACCOUNT RELEASE ORDER**

Upon the joint request of plaintiff, Dole Fresh Vegetables, Inc. ("Plaintiff"), and defendants, Affiliated Foods Southwest, Inc. (the "Company"), Gerald W. Davis, Lex E. Martinez, Alton W. Miller, John A. Mills, III, Ronald O. Rehkoph, Charles W. Moore, Jr. and John & Jane Does 1-18, each individually, (collectively the "Principals") for the entry of a Consent Account Release Order as follows:

1. On March 20, 2009, this Honorable Court entered a Temporary Restraining Order (the "TRO")(D.E. #8) against the defendants, (i) Affiliated Foods Southwest, Inc.; (ii) Gerald W. Davis; (iii) Lex E. Martinez; (iv) Alton W. Miller; (v) John A. Mills, III; (vi) Ronald O. Rehkoph (vii) Charles W. Moore, Jr. and (viii) John & Jane Does 1-18 (collectively the "Defendants").

2. On March 23, 2009, BANCORPSOUTH BANK (the "BanCorp") was personally served with a true and correct copy of the TRO. In compliance therewith, the BanCorp froze any and all accounts it held on behalf of any of the Defendants.

3. On March 23, 2009, U.S. BANK (the "U.S. Bank") was personally served with a true and correct copy of the TRO. In compliance therewith, U.S. Bank froze any and all accounts it held on behalf of any of the Defendants.

4. On March 23, 2009, REGIONS BANK f/k/a First Commercial Bank (the "Regions Bank") was personally served with a true and correct copy of the TRO. In compliance therewith, the Regions Bank froze any and all accounts it held on behalf of any of the Defendants.

5. On March 25, 2009, the Plaintiff filed its Rule 41 Notice of Voluntary Dismissal Without Prejudice (the "Dismissal Notice"). The Dismissal Notice dismissed the above captioned civil action as to all Defendants without further notice or order of Court.

6. The Defendants have indicated their consent to the entry of this Consent Account Release Order and, through such consent, has waived personal service and any objection to the Court's exercise of both personal and subject matter jurisdiction in this matter to allow for the entry of this Order.

Based on the foregoing stipulation, **IT IS HEREBY ORDERED**:

Bancorpsouth Bank is hereby authorized and DIRECTED to immediately release any and all funds held on behalf of any of the Defendants identified in paragraph one (#1) of the stipulation above without further notice or order of Court.

**IT IS HEREBY FURTHER ORDERED** as follows:

U.S. Bank is hereby authorized and DIRECTED to immediately release any and all funds held on behalf of any of the Defendants identified in paragraph one (#1) of the stipulation above without further notice or order of Court.

**IT IS HEREBY FURTHER ORDERED** as follows:

Regions Bank, f/k/a First Commercial Bank, is hereby authorized and DIRECTED to immediately release any and all funds held on behalf of any of the Defendants identified in paragraph one (#1) of the stipulation above without further notice or order of Court.

DATED: in Chambers this 25th day of March, 2009 in Little Rock, Arkansas.

**ENTER:**

_____
Hon. Brian S. Miller
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF ARKANSAS

***STIPULATED AND AGREED*:**

| DOLE FRESH VEGETABLES, INC. | AFFILIATED FOODS SOUTHWEST, INC., *et al.* |
|---|---|
| By:_____ | By:_____ |
| One of Its Attorneys | One of Its attorneys |

| | |
|---|---|
| H. William Allen, Esq. | Steven L. Riggs, Esq. |
| Kevin M. Lemley, Esq. | DOVER DIXION HORNE, PLLC |
| ALLEN LAW FIRM, P.C. | 425 West Capital Avenue, Suite 3700 |
| Ninth Floor | Little Rock, Arkansas 72201 |
| 212 Centre Street | Tel: 501/375-9151 |
| Little Rock, Arkansas 72201 | Fax: 501/375-6484 |
| Tel: 501/374-7100 | *Counsel for the Defendants* |
| Fax: 501/374-1611 | |

Co-Counsel:

Michael J. Keaton, Esq.
Jason R. Klinowski, Esq.
KEATON & ASSOCIATES, P.C.
1278 W. Northwest Highway, Suite 903
Palatine, Illinois 60067
Tel: 847/934-6500
Fax: 847/934-6508

*Counsel for Dole Fresh Vegetables, Inc.*